[No. 10,655.—In Bank.]
March 1, 1882.

## THE PEOPLE v. TIBURCIO CASTRO.

Rape—Sufficiency of Evidence.

Appeal from a judgment of conviction, and from an order denying a new trial in the Superior Court of the County of Sierra. Howe, J.

*Stanley A. Smith,* for Appellant.

*A. L. Hart,* Attorney General, for Respondent.

The Court:

The defendant was convicted in the Court below of the crime of rape, alleged to have been committed upon a child of the age of eleven years. We have carefully examined the evidence in the case, and are of the opinion that it was insufficient to justify the verdict of guilty. (*People* v. *Benson,* 6 Cal. 221; *People* v. *Hamilton,* 46 id. 540; *People* v. *Ardaga and Gamez,* 51 id. 371.)

The judgment and order are reversed, and cause remanded for a new trial.